SALVADOR LICARI, Respondent, v. CHARLES R. TEMPLE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J. Mills, Rich, Putnam and Kelly, JJ.

ANNA LOCHOWSKY, Respondent, v. BECKIE LEVITSKY and PHILIP LEVITSKY, Appellants.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MARGARET McGOVERN and MARY McGOVERN, Respondents, v. SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Judgment reversed and a new trial granted, with costs to appellant to abide the event, on the authority of *Donaldson* v. *Supreme Council, Catholic Benevolent Legion* (*ante*, p. 843), decided herewith. The findings of fact numbered X, XI, XII, XIII and XIV, as found by the trial court, are reversed and rescinded. Blackmar, P. J., Putnam and Manning, JJ., concur; Mills and Jaycox, JJ., vote to affirm, upon the authority of *Kennedy* v. *Supreme Council C. B. L.* (188 App. Div. 613; affd., 231 N. Y. 582). Settle order before Mr. Justice Manning.

JOHN W. O'DONNELL, Respondent, v. ALICE C. DUFFY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.

HARLO J. SPARKS, Respondent, v. MARCUS LOEW REALTY CORPORATION, App l'ant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.

JULIUS P. WAGNER, Respondent, v. PAN-AMERICAN TERMINAL AND DOCK CORPORATION and HANS J. ISBRANDTSEN, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

LORETTO HUGHES WALSH, Respondent, v. RICHARD S. WALSH, Appellant.— Judgment affirmed, with costs. No opinion. Putnam, Jaycox and Manning, JJ., concur; Blackmar, P. J., and Rich, J., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO MARINO, Appellant.— Judgment of conviction affirmed. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO TAURILLI, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.